IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOORE EYE CARE, P.C., et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| SOFTCARE SOLUTIONS INC., et al., | : | NO. 15-5290 |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 31st day of August, 2017, upon consideration of Medical Transcription Billing, Corp.'s ("MTBC") Motion for Leave to Amend Its Cross-Claims (Doc. No. 50), MTBC's Motion for Leave to File Answer and Withdraw Its Admissions (Doc. No. 55), and the briefs in support and in opposition of these motions (Doc. Nos. 51, 53, 57, 59, 63, 64), **IT IS HEREBY ORDERED** that:

1. MTBC's Motion for Leave to Amend Its Cross-Claims (Doc. No. 50) is **DENIED**.

2. MTBC's Motion for Leave to File an Answer and Withdraw Its Admissions (Doc. No. 55) is **GRANTED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.